Sean Patrick Patterson (Full Name)

sp.patterson@gmail.com (Email Address)

2754 San Joaquin Hills Rd (Address Line 1)

Newport Beach, CA 92625 (Address Line 2)

562-508-8988 (Phone Number)

Plaintiff in Pro Per

**F I L E D**
CLERK, U.S. DISTRICT COURT

**11/22/2022**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

IFP Submitted

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Mafia Monthly et al. ,

Plaintiff,

vs.

Federal Communication Commission et al.

Defendant(s).

**Case No**.: 8:22-cv-02128-JVS-(JDEx)
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded**: ☑Yes ☐ No

(*All paragraphs and pages must be numbered.*)

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because FCC Facility and the plaintiff lives in this district

I
_____
Page Number

*Form prepared by Public Counsel.*
*© 2010, 2013 Public Counsel.*
*All rights reserved.*
*Revised: August 2013*

## III. PARTIES

3.     Plaintiff _____Sean Patrick Patterson_____resides at:
*(your full name)*

_____2754 San Joaquin Hills Road, Newport Beach, CA 92625_____

_____.
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant _____Federal Communications Commission_____ works at
*(full name of Defendant)*

_____18000 Studebaker Rd. Cerritos CA 90703_____.
*(Defendant's place of work)*

Defendant's title or position is _____FCC_____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because: __It willfully deprived__

the plaintiff of a right or privileged protected by the Constitution or laws of

the United States

5. Defendant _____ works at
*(full name of Defendant)*

_____.
*(Defendant's place of work)*

Defendant's title or position is _____.
*(Defendant's title or position at place of work)*
.

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☐ official capacity

This Defendant was acting under color of law because: _____

_____

_____

__II__
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.   Defendant _____ works at

*Insert ¶ #*                              *(full name of Defendant)*

_____.

*(Defendant's place of work)*

Defendant's title or position is _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because _____

_____

_____

_____

___.   Defendant _____ works at

*Insert ¶ #*                              *(full name of Defendant)*

_____.

*(Defendant's place of work)*

Defendant's title or position is _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because _____

_____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

__I__. VOTER INTIMIDATION;  behavior reasonably calculated to dissuade

*Insert ¶ #*

the Plantiff & others from participating in the Election:

_____

_____

_____

_____

_____

____. _____

*Insert ¶ #*

_____

_____

_____

_____

_____

_____

_____

_____. _____

*Insert ¶ #*

_____

_____

_____

_____

_____

_____

_____

III
_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

_____.  _____

*Insert ¶ #*

_____

_____

_____

_____

_____

_____

__ ___.  _____

*Insert ¶ #*

_____

_____

_____

_____

_____

_____

_____

_____.  _____

*Insert ¶ #*

_____

_____

_____

_____

_____

_____

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# V. CLAIMS

## Claim #1

___I___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

___II___. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

*Insert ¶ #* federal constitutional or statutory civil right:

Voter Intimidation     52 U.S.C. § 20511(1)

___III___. The above civil right was violated by the following Defendants:

*Insert ¶ #* Federal Communications Commission et al.

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

___IV___. FOX has broadcasted results that influence & intimidate Election

*Insert ¶ #* results;

___V___. As a result of the Defendant's violation of the above civil right, Plaintiff

*Insert ¶ #* was harmed in the following way:

Voter Intimidation disregarded the vote & Election integrity of plaintiff

V
_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(2)

*(insert Claim#)*

I. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

II. Civil violation "to vote or to vote as he may choose." 18 U.S.C. § 594

*Insert ¶ #*

III. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

Federal Communications Commission et al.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

IV. Election broadcast displays voter intimidation was more than a

*Insert ¶ #*

Mistake Or simple carelessness

V. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

Civil negligence

VI

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

I.    Compensatory damages, including General and Special damages,

*Insert ¶ #*

according to proof;

II.    Any further the court may deem appropriate;

*Insert ¶ #*

.

*Insert ¶ #*

.

*Insert ¶ #*

Dated: __11/22/2022__

Sign: _____

Print Name: __Sean Patrick Patterson__

VII

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: ___11/22/2022_____

Sign: _____

Print Name: __Sean Patrick Patterson_____

VIII
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983